149 P.3d 811

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Werner | 26867 | 12/04/2006 | Vacated & remanded |
| State v. Armstrong | 26753 | 12/13/2006 | Vacated & remanded |
| Lindgard v. Residuary Ltd. Partnership | 26258, 26612 | 12/27/2006 | Vacated & affirmed |